O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

#129

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 10-00011 PSG | Date | Sept. 6, 2011 |
|---|---|---|---|
| Title | U.S.A. v. Richard R. Lopez, Jr., M.D. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Defendant's motion for bill of particulars

  Before the Court is Defendant Richard R. Lopez, Jr.'s ("Defendant" or "Dr. Lopez") motion for a bill of particulars under Federal Rule of Criminal Procedure 7(f). Defendant requests that the Court issue an order requiring the government to inform him of the specific legal theories the government intends to advance in support of the charges set forth in Count Two of the Indictment. However, absent permission of this Court (which Defendant did not seek to obtain), Federal Rule of Criminal Procedure 7(f) required this motion to be filed approximately a year and a half ago. Moreover, given the specificity of the Indictment in this case, and the substantial amount of discovery obtained by Defendant, the Court is not persuaded that a bill of particulars is warranted. Accordingly, the Court, in its discretion, DENIES Defendant's motion. *See United States v. Giese*, 597 F.2d 1170, 1180-81 (9th Cir. 1979).

  **IT IS SO ORDERED.**